IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25-cv-00302-RAH-SMD |
| ) | |
| TROY FILLINGIM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On September 19, 2025, the Court issued a Show Cause Order (doc. 25) requiring the Defendants to show why they failed to comply with the Court's previous order that required them to file their amended counterclaim on or by September 11, 2025. Defendants have since responded to the Court's order and explained their failure to comply.

Accordingly, for good cause, it is **ORDERED** as follows:

1) Defendants' *Motion for Leave to Amend Answer and Counterclaim* (doc. 27) filed on September 22, 2025, is **GRANTED**. Defendants shall file their amended answer and counterclaim on or by **October 24, 2025**;

2) Defendants' *Response to Court's Show Cause Order* (doc. 26) filed on September 22, 2025, is **DENIED** as moot;

3) Plaintiff's *Unopposed Motion to Stay Rule 26(f) Conference* (doc. 21) filed on August 25, 2025, is **GRANTED**. The parties are relieved of their Rule 26(f) obligations pending further order of the Court; and,

4) Plaintiff's *Motion to Dismiss Defendants' Counterclaim* (doc. 19) filed on August 25, 2025, is **DENIED** as moot due to the anticipated amended counterclaim.

**DONE** and **ORDERED** on this the 20th day of October 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE