IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-00302-RAH-SMD |
| | ) |
| TROY FILLINGIM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 14, 2025, Defendants filed an amended answer and counterclaim. (Doc. 33.) This amended answer and counterclaim was filed after the October 24, 2025, deadline set in the Court's previous Order. (Doc. 32.) As such, it is **ORDERED** that Defendants' amended answer and counterclaim (doc. 33) is **STRICKEN** as untimely per the Court's previous order. (Doc. 32.) If Defendants wish to file their amended answer and counterclaim outside the time originally given, they shall file a motion with the Court requesting leave to do so.

**DONE** and **ORDERED** on this the 17th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE