IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMAA
SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:25-CV-00302 |
| ) | |
| **TROY FILLINGIM, individually,** ) | |
| **KAELYN FILLINGIM, individually,** ) | |
| **FILLINGIM FARMS, INC., and** ) | |
| **FLINT FARMS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## RENEWED MOTION TO AMEND ANSWER AND COUNTERCLAIM OR IN THE ALTERNATIVE ACCEPT AMENDED ANSWER AND COUNTERCLAIM AS TIMELY FILED

**COMES NOW** the Defendants, by and through their undersigned counsel of record, and respectfully moves this Honorable Court for leave to amend their previously-filed Anwer and Counterclaim, or, in the alternative accept the Amended Answer and Counterclaim as timely filed, and in support thereof would show unto the Court the following:

1. That Defendants lacked sufficient information to plead many counts with sufficient particularity at the time the original Answer and Counterclaim were filed.

2. That the undersigned attorney unexpectedly required major surgery on October 22, 2025. The recovery to said surgery is very lengthy and the undersigned is not expected to be released to return to work for another three

weeks but is finally able to work short periods of time from home. Due to these unexpected and extenuating circumstances, the undersigned was simply physically unable to file the document timely.

3. That the Amended Answer and Counterclaim were filed simultaneously with Defendant's initial Motion to Amend Counterclaim, so this Court and the Plaintiff received the document well within the time period Ordered by this Court, although not filed separately as an independent document.

4. That Plaintiffs will not be prejudiced by these requests as they've already received actual notice of the Amended Answer and Counterclaim

**WHEREFORE**, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant Defendants leave to amend their previously-filed Answer and Counterclaim or, in the alternative, accept the later-filed Amended Answer and Counterclaim as timely filed.

Respectfully submitted this 18th day of November, 2025.

/s/ Alyse Fowler
Alyse Fowler (PHI086)
ASB-1344-Z13D

**ALYSE FOWLER LAW LLC**
P. O. Box 130
Elba, AL 36323
(334) 697-4020
Alyse@AlyseFowlerLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2025, the foregoing Answer and Counterclaim were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Alyse Fowler
Of Counsel
