IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY FILLINGIM, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:25-cv-00302-RAH-SMD |

## **ORDER**

Pending before the Court is Defendants' *Renewed Motion To Amend Answer And Counterclaim Or In The Alternative Accept Amended Answer And Counterclaim As Timely* (doc. 35) filed on November 18, 2025. Accordingly, for good cause, it is **ORDERED** that the motion is **GRANTED**. Defendants shall file their amended answer and counterclaim on or by **November 21, 2025**.

**DONE** and **ORDERED** on this the 18th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE