# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:25-cv-00302-RAH-SMD |
| | ) |
| **TROY FILLINGIM, individually;** | ) |
| **KAELYN FILLINGIM, individually;** | ) |
| **FILLINGIM FARMS, INC.,** | ) |
| a corporation; and | ) |
| **FLINT FARMS, LLC,** | ) |
| a limited liability company, | ) |
| | ) |
| **Defendants.** | ) |

### NUTRIEN AG SOLUTIONS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' [AMENDED] ANSWER AND COUNTERCLAIM

Nutrien Ag Solutions, Inc. ("Nutrien") submits this Unopposed Motion for Extension of Time to Respond to Defendants' [Amended] Answer and Counterclaim (the "Amended Answer and Counterclaim"), (Doc. 37). In support of this motion, Nutrien states as follows:

### RELEVANT PROCEDURAL HISTORY

1. On August 29, 2025, the Court ordered Defendants to file a motion for leave to amend as well as their proposed amended counterclaim by September 11, 2025. (*See* Doc. 24).

1

2. On September 19, 2025, the Court ordered Defendants to show cause as to their failure to comply with the Court's August 29, 2025 Order. (*See* Doc. 25).

3. On September 22, 2025, Defendants filed a response to the Court's Order to Show Cause. (*See* Doc. 26). Additionally, Defendants filed a Motion for Leave to Amend Answer and Counterclaim, (Doc. 27), and attached their [Proposed Amended] Answer and Counterclaim as an exhibit to the motion, (Doc. 27-1). Moreover, Defendants filed exhibits 1 and 3 to their [Proposed Amended] Answer and Counterclaim, (*See* Docs. 28-29) and requested an extension of time to file exhibits 2 and 4. (*See* Doc. 30).

4. That same day, the Court granted Defendants' response to the Court's Show Cause Order, granted Defendants' request for an extension of time to file exhibits 2 and 4, and ordered Defendants to file their amended answer and counterclaim by September 26, 2025. (*See* Doc. 31).

5. On October 20, 2025, the Court entered an Order granting Defendants' Motion for Leave to Amend Answer and Counterclaim and ordered Defendants to file their amended answer and counterclaim by October 24, 2025. (*See* Doc. 32).

6. On November 14, 2025, Defendants filed an [amended] answer and counterclaim, but did not include any referenced exhibits. (*See* Doc. 33).

7. On November 17, 2025, the Court entered an Order striking Defendants' [amended] answer and counterclaim as untimely and instructed Defendants to file a motion requesting leave to file out of time. (*See* Doc. 34).

8. On November 18, 2025, Defendants filed a Renewed Motion to Amend Answer and Counterclaim or in the Alternative Accept Amended Answer and Counterclaim as Timely Filed (the "Renewed Motion to Amend"). (Doc. 35).

9. On November 18, 2025, the Court entered an Order granting the Renewed Motion to Amend and ordered Defendants to file their amended answer and counterclaim by November 21, 2025. (*See* Doc. 36).

10. On November 19, 2025, Defendants filed the operative Amended Answer and Counterclaim. (Doc. 37). In addition, Defendants filed exhibits 1 and 3 to the Amended Answer and Counterclaim. (*See* Docs. 37-1, 37-2). Importantly, these are the same exhibits that were filed with Defendants' proposed amended answer and counterclaim. (*See* Docs. 28-29).

11. As of the filing of this motion, Defendants still have not filed exhibits 2 and 4, although they are referenced in the Amended Answer and Counterclaim.

## REQUEST FOR EXTENSION

12. Pursuant to Fed. R. Civ. P. 15(a)(3), Nutrien's deadline to file a response to the Amended Answer and Counterclaim is December 3, 2025.

13. Nutrien respectfully requests the Court to enter a fourteen (14) day extension of its response deadline to allow Nutrien sufficient time to thoroughly review the Amended Answer and Counterclaim and <u>all</u> referenced exhibits.

14. Nutrien's request for an extension is made in good faith and not for purposes of delay and neither party will be prejudiced.

15. On November 14, 2025, counsel for Nutrien conferred with Defendants' counsel and she does not oppose Nutrien's request to extend its response deadline.

WHEREFORE, Nutrien respectfully requests this Court to extend its deadline to respond to the Amended Answer and Counterclaim by fourteen (14) days, up to and including, December 17, 2025.

Respectfully submitted this 19th day of November, 2025.

/s/ Patrick L. W. Sefton
Patrick L.W. Sefton (ASB-8341-N47P)
Kazia J. Hale (ASB-1232-M00F)
Attorneys for Nutrien Ag Solutions, Inc.

OF COUNSEL:
CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Email:  pat.sefton@chlaw.com
         kazia.hale@chlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been e-filed using the CM/ECF system, which will send notification of such filing to the following counsel of record, on this 19th day of November, 2025:

Alyse Phillips Fowler
Alse Fowler Law, LLC
P.O. Box 130
Elba, AL 36323
alyse@alysefowlerlaw.com
**Counsel for Defendants**

                                              /s/ Patrick L.W. Sefton
                                              *Of Counsel*