IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-00302-RAH |
| | ) | |
| TROY FILLINGIM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Dismiss Defendants' Amended Counterclaim* (doc. 42), filed on December 17, 2025. On December 18, 2025, the Court entered an order requiring the Defendants to file a response on or by January 14, 2025. (*See* doc. 44.) The Defendants have failed to comply with the Court's Order. The Court notes that this is not the first time that the Defendants have failed to comply with orders of the Court. (*See* docs. 24 & 25; 34.) During the teleconference on December 16, 2025, the Court told defense counsel that the Court expects its orders to be followed and that further missed deadlines would not be tolerated. Yet, once again, a court-ordered deadline has been missed by the Defendants. The Court will treat Defendants' failure to respond as the Defendants' lack of opposition to the *Motion to Dismiss*.

Accordingly, for good cause, it is hereby **ORDERED** that the Plaintiff's *Motion to Dismiss Defendants' Amended Counterclaim* (doc. 42) is **GRANTED** and therefore all Counterclaims of the Defendants are hereby **DISMISSED**. It is further **ORDERED** that the parties shall submit their report of the parties' planning meeting on or by **January 30, 2026**.

**DONE** and **ORDERED** on this the 15th day of January 2026.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE