IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25-CV-00302-RAH |
| ) | |
| TROY FILLINGIM, *et al.*, ) | |
| Defendants. ) | |

**MOTION TO ALTER, AMEND, OR VACATE AND TO RECONSIDER**

**COMES NOW** the Defendants, by and through their undersigned counsel of record, and respectfully requests that this Honorable Court reconsider its January 15, 2026, Order dismissing Defendants' Counterclaim and alter, amend, or vacate said Order, and in support thereof would show unto the Court the following:

1. That on December 18, 2025, this Honorable Court entered an Order requiring Defendants' response to Plaintiff's Motion to Dismiss be filed no later than January 14, 2026.

2. That counsel for the Defendants was unexpectedly hospitalized with pneumonia from January 11, 2026, until January 18, 2026, following a week-long bout of influenza a.

3. That while counsel understands she's missed deadlines in the past, missing this deadline was completely out of her control and is no fault of the Defendants.

4. That Plaintiff's Motion to Dismiss is and was completely without merit.

5. That Defendants contend that no reply to Plaintiff's Motion to Dismiss does not indicate a lack of opposition. Instead, Defendants contend that the only response

that would indicate that Defendants did not oppose Plaintiff's Motion to Dismiss would be Defendants filing their own voluntary Motion to Dismiss their Counterclaim. In other words, Defendants contend that it is reasonable to infer that Defendants did not agree with Plaintiff's Motion to Dismiss by not specifically stating agreement the same.

6. Defendants aver that the pleadings are documents in which they must prove their case, and Defendants' pleadings have been sufficiently specific and particular for the Plaintiff to defend against them.

7. That there was a delay in the filing of this Motion due to the inability to confer with Defendants due to illness and death within their immediate family.

**WHEREFORE**, PREMISES CONSIDERED, Defendants respectfully requests that this Honorable Court reconsider it's Order dismissing Defendants' counterclaim, and alter, amend, or vacate the same, as well as such other, further, or different relief to which Defendants may be entitled.

Respectfully submitted this 9th day of February, 2026.

*/s/ Alyse Fowler*
Alyse Fowler (PHI086)
ASB-1344-Z13D

**ALYSE FOWLER LAW LLC**
P. O. Box 130
Elba, AL 36323
(334) 697-4020
Alyse@AlyseFowlerLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2026, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Alyse Fowler
                                        Of Counsel