IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25-cv-00302-RAH-SMD |
| TROY FILLINGIM, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For good cause, it is hereby **ORDERED** as follows:

(1) On or before **March 18, 2026**, Attorney Alyse Fowler shall supplement the *Motion To Alter, Amend, Or Vacate And To Reconsider* (doc. 48) with documentation, under seal or redacted if necessary, supporting the statement in the motion that "counsel for the Defendants was unexpectedly hospitalized with pneumonia from January 11, 2026, until January 18, 2026, following a week-long bout of influenza a," (doc. 48 at 1); and,

(2) On or before **March 18, 2026**, Plaintiff shall supplement the *Response In Opposition To Defendant's Motion To Alter, Amend, Or Vacate And To Reconsider* (doc. 50) with records supporting the statement that "records from Alabama's State Judicial Information System reflect that defense counsel submitted filings in other matters during the same time period, including one filing on the same day Defendants' response was due in the instant action," (doc. 50 at 5).

**DONE** and **ORDERED** on this the 9th day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE