# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,**  Plaintiff,  v.  **TROY FILLINGIM, individually; KAELYN FILLINGIM, individually; FILLINGIM FARMS, INC., a corporation; and FLINT FARMS, LLC, a limited liability company,**  Defendants. | **CASE NO. 1:25-cv-00302-RAH-SMD** |

## NOTICE OF APPEARANCE

COMES NOW M. Warren Butler of the law firm of Starnes Davis Florie LLP, and hereby files this Notice of Appearance as additional counsel of record for Defendants and requests that the Clerk of the United States District Court copy the undersigned counsel on any and all correspondence and pleadings that are filed in this Court from this date forward.

/s/M. Warren Butler
M. WARREN BUTLER (ASB-3190-R56M)
STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, Alabama 36602
Phone: (251) 433-6049
wbutler@starneslaw.com

1

3523532.1

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing on all attorneys of record by filing same with the Clerk of Court via CM/ECF on March 9, 2026.

                                      */s/ M. Warren Butler*
                                      M. WARRREN BUTLER