**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NUTRIEN AG SOLUTIONS, INC,** | ) | |
|     **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:25-CV-00302-RAH** |
| | ) | |
| **FILLINGIM,** *et al*, | ) | |
|     **Defendants.** | ) | |

## MOTION TO FILE UNDER SEAL

**COMES NOW** the undersigned attorney and respectfully requests that this Honorable Court accept the attached supplement and that the same be filed under seal, pursuant to this Court's order on today's date. Further, this supplement has been filed, *ex parte*, due to the inherent privacy of medical records. I am of the opinion that Your Honor is capable of deciding whether or not to accept my "doctor's note" without private health information being compromised.

**WHEREFORE**, PREMISES CONSIDERED, the Undersigned prays that this Honorable Court accept this *ex parte* filing to be filed under seal.

Respectfully submitted this 9th day of March, 2026.

/s/ Alyse Fowler
Alyse Fowler (PHI086)
ASB-1344-Z13D

**ALYSE FOWLER LAW LLC**
P. O. Box 130
Elba, AL 36323
(334) 697-4020
Alyse@AlyseFowlerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the document above as well as the attached document have not been served on opposing counsel due to the private nature of the document.

/s/ Alyse Fowler
Of Counsel