**PHILLIPS, Alyse**

# Return to Work / School

**Patient:** Phillips, Alyse

**Date:** 03/09/2026

Note to patient:

__X__ May return to work/school on: _____1/19/2026_____

__X__ May not return to work/school on: _____1/11/2026-1/18/2026_____

__X__ May not participate in jury duty:_____1/11/2026-1/18/2026_____

Alyse was evaluated and recieved treatment/services provided by Mizell Memorial Hospital during the provided dates

Sincerely,

MIZELL MEMORIAL HOSPITAL, INC.

## Return to Work / School

**Patient:** Phillips, Alyse  **Date:** 03/09/2026

*[signature: Dylan McCollough, CRNP]*

Electronically Signed by: DYLAN MCCOLLOUGH, CNP, NP