IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC, ) | |
|     Plaintiff. ) | |
| ) | |
| v. ) | CASE NO. 1:25-CV-00302-RAH |
| ) | |
| FILLINGIM, *et al*, ) | |
|     Defendants. ) | |

## Motion to Withdraw

**COMES NOW** the Defendant and respectfully requests that this Honorable Court withdraw the undersigned attorney of record for the Defendant based upon Defendants' hiring of M. Warren Butler to represent them in this matter. Attorney Butler has already entered a Notice of Appearance in this Court.

**WHEREFORE**, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court withdraw the undersigned as counsel of record for the Defendant.

Respectfully submitted this 9th day of March, 2026.

                                                 */s/ Alyse Fowler*
                                                 Alyse Fowler (PHI086)
                                                 ASB-1344-Z13D

                                                 **ALYSE FOWLER LAW LLC**
                                                 P. O. Box 130
                                                 Elba, AL 36323
                                                 (334) 697-4020
                                                 Alyse@AlyseFowlerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2026, the document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Alyse Fowler
Of Counsel
