IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25-cv-00302-RAH |
| ) | |
| TROY FILLINGIM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Pending before the Court is attorney Alyse Fowler's *Motion To File Under Seal* (doc. 56) filed on March 9, 2026. For good cause, it is **ORDERED** that the motion is **GRANTED**.

Attorney Fowler's submission, however, does not show that Attorney Fowler was "hospitalized with pneumonia from January 11, 2026, until January 18, 2026," as represented in her *Motion To Alter, Amend, Or Vacate And To Reconsider*. (Doc. 48.) As such, it is **ORDERED** that Attorney Fowler shall supplement her filing with documents, including medical records if necessary, that substantiate the representation made in her previous motion. Attorney Fowler is granted leave to file the submission ex parte.

**DONE** and **ORDERED** on this the 10th day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE