IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-00302-RAH |
| | ) |
| TROY FILLINGIM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is attorney Alyse Fowler's *Motion To Withdraw* (doc. 57) filed on March 9, 2026. The motion will be held in abeyance pending the Court's resolution of the current issues before the Court. Attorney Fowler shall continue to abide by orders of the Court.

**DONE** and **ORDERED** on this the 10th day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE