## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 1:25-cv-00302-RAH-SMD** |
| **TROY FILLINGIM, individually; KAELYN FILLINGIM, individually; FILLINGIM FARMS, INC., a corporation; and FLINT FARMS, LLC, a limited liability company,** | |
| **Defendants.** | |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW John D. Hemmings, III of the law firm of Starnes Davis Florie LLP, and hereby files this Notice of Appearance as additional counsel of record for Defendants and requests that the Clerk of the United States District Court copy the undersigned counsel on any and all correspondence and pleadings that are filed in this Court from this date forward.

*/s/ John D. Hemmings, III*
JOHN D. HEMMINGS (ASB-2728-Y12Q)
STARNES DAVIS FLORIE LLP
100 Brookwood Pl., 7th Floor
Birmingham, Alabama 35209
Phone: (205) 868-6056
jhemmings@starneslaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have served a copy of the foregoing on all attorneys of record by filing same with the Clerk of Court via CM/ECF on March 9, 2026.

*/s/ John D. Hemmings*
JOHN D. HEMMINGS (ASB-2728-Y12Q)

3523546.1