IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** )<br>  )<br>     **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**TROY FILLINGIM, individually;**  )<br>**KAELYN FILLINGIM, individually;**  )<br>**FILLINGIM FARMS, INC.,**  )<br> **a corporation; and**  )<br>**FLINT FARMS, LLC,**  )<br>**a limited liability company,**  )<br>  )<br>     **Defendants.**  ) | Case No.: 1:25-cv-00302-RAH-SMD |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO ALTER, AMEND, OR VACATE AND TO RECONSIDER

Nutrien Ag Solutions, Inc. ("Nutrien"), by and through its undersigned counsel, supplements its previously filed Response in Opposition to Defendants' Motion to Alter, Amend, or Vacate and to Reconsider (the "Response"), (Doc. 50), as ordered by the Court, (*see* Doc. 54), and states as follows:

1.  On March 9, 2026, this Court held a hearing on Troy Fillingim, Kaelyn Fillingim, Fillingim Farms, Inc., and Flint Farms, LLC's Motion to Alter, Amend, or Vacate, and to Reconsider, (Doc. 48).

2. Pursuant to this Court's March 9, 2026 Order, (Doc. 54), Nutrien supplements its response to attach the various filings from the two cited state court actions handled by the prior defense counsel that were cited in Nutrien's earlier filing. *See Matthew Julian Bernardi v. Victoria Isabelle Drake*, 19-DR-2026-900001.00 (Doc. 8 filed January 14, 2026), attached hereto as <u>Exhibit A</u>; *State of Ala. v. Laura Murray*, 19-DC-2025-000033.00 (Docs. 18, 20 filed January 15, 2026), attached hereto as <u>Exhibit B</u>.

3. This supplemental submission is provided in compliance with this Court's March 9, 2026 Order and Nutrien incorporates its Response as if fully stated herein.

Respectfully submitted this 12th day of March 2026.

s/ Patrick L.W. Sefton
Patrick L. W. Sefton (ASB-8341-N47P)
Kazia J. Hale (ASB-1232-M00F)
Attorneys for Nutrien Ag Solutions, Inc.

<u>OF COUNSEL</u>:
CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Email:  pat.sefton@chlaw.com
             kazia.hale@chlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been e-filed using the CM/ECF system, which will send notification of such filing to the following counsel of record, on this 12th day of March 2026:

Alyse Phillips Fowler
Alse Fowler Law, LLC
P.O. Box 130
Elba, AL 36323
alyse@alysefowlerlaw.com
**Counsel for Defendants**

Michael Warren Butler
Starnes Davis Florie LLP
11 North Water Street, STE 20290
Mobile, AL 36602
wbutler@starneslaw.com
**Counsel for Defendants**

John Delane Hemmings, III
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
jhemmings@starneslaw.com
**Counsel for Defendants**

            /s/ Patrick L.W. Sefton
            *Of Counsel*