## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 1:25-cv-00302-RAH-SMD** |
| **TROY FILLINGIM, individually; KAELYN FILLINGIM, individually; FILLINGIM FARMS, INC., a corporation; and FLINT FARMS, LLC, a limited liability company,** | |
| **Defendants.** | |

## MOTION FOR AN EXTENSION OF TIME

COMES NOW Defendants, Troy Fillingim, Kaelyn Fillingim, Fillingim Farms, Inc., and Flint Farms, LLC. ("Defendants"), by and through undersigned counsel, and hereby moves for a fourteen (14) day extension to show cause as to why the Nutrien AG Solutions, Inc.'s ("Nutrien") Motion to Strike Jury Demand should not be granted. In support thereof, Defendants state as follows:

1.      On March 3, 2026, Plaintiff Nutrien filed a Motion to Strike the Jury Demand made by Defendants. (Doc. 51).

2.      On March 4, 2026, the Court ordered Defendants to Show Cause by March 17, 2026 as to why the Motion to Strike Jury Demand should not be granted. (Doc. 51)

3.      On March 9, 2026, the undersigned was retained by Defendants to assume representation. (Doc. 55)

3531064.1

4.      Since the undersigned's retention, diligent efforts have been made to get up to speed on the underlying dispute, resolve issues pending before the Court, make initial disclosures, and begin settlement discussions.

5.      Given counsel's recent retention, Defendants respectfully ask this Court to grant them a fourteen (14) day extension to show cause as to why the jury demand should not be struck.

6.      Defendants request this extension in order to adequately evaluate the legal arguments presented in Plaintiff Nutrien's Motion and to draft a reply.

7.      Plaintiff does not oppose this Motion.


                              Respectfully submitted,

                              */s/M. Warren Butler*
                              M. WARREN BUTLER (ASB-3190-R56M)
                              STARNES DAVIS FLORIE LLP
                              11 North Water Street, Suite 20290
                              Mobile, Alabama 36602
                              Phone: (251) 433-6049
                              wbutler@starneslaw.com

                              JOHN D. HEMMINGS, III (ASB-2728-Y12Q)
                              STARNES DAVIS FLORIE LLP
                              100 Brookwood Pl., 7th Floor
                              Birmingham, Alabama 35209
                              Phone: (205) 868-6056
                              jhemmings@starneslaw.com

3531064.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have served a copy of the foregoing on all attorneys of record by filing same with the Clerk of Court via CM/ECF on March 16, 2026.


*/s/ M. Warren Butler*
M. WARRREN BUTLER

3531064.1