## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,**<br><br>　**Plaintiff,**<br><br>**v.**<br><br>**TROY FILLINGIM, individually; KAELYN FILLINGIM, individually; FILLINGIM FARMS, INC., a corporation; and FLINT FARMS, LLC, a limited liability company,**<br><br>　**Defendants.** | **CASE NO. 1:25-cv-00302-RAH-SMD** |

## RESPONSE TO SHOW CAUSE ORDER

COME NOW Defendants, Troy Fillingim, Kaelyn Fillingim, Fillingim Farms, Inc., and Flint Farms, LLC. ("Defendants"), by and through undersigned counsel, and files this response to the Court's March 4, 2026, Show Cause Order (Doc. 52) as to why the Nutrien AG Solutions, Inc.'s ("Plaintiff") Motion to Strike Jury Demand (Doc. 51) should not be granted. In response, Defendants state as follows:

1.　After reviewing Plaintiff's Motion and conducting research and analysis of the applicable law, Defendants withdraw their demand for a trial by struck jury and look forward to trying the case with Your Honor.

Respectfully submitted,

*/s/M. Warren Butler*
M. WARREN BUTLER (ASB-3190-R56M)

3554037.1

STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, Alabama 36602
Phone: (251) 433-6049
wbutler@starneslaw.com

JOHN D. HEMMINGS, III (ASB-2728-Y12Q)
STARNES DAVIS FLORIE LLP
100 Brookwood Pl., 7th Floor
Birmingham, Alabama 35209
Phone: (205) 868-6056
jhemmings@starneslaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on all attorneys of record by filing same with the Clerk of Court via CM/ECF on March 31, 2026.


*/s/ M. Warren Butler*
M. WARRREN BUTLER

3554037.1