IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-302-RAH-SMD |
| | ) | |
| TROY FILLINGIM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Defendants' *Motion For Leave To File Amended Answer And Counterclaim* (doc. 70) filed on April 1, 2026.

Accordingly, it is **ORDERED** that on or before **April 15, 2026**, Plaintiff shall **SHOW CAUSE** as to why the motion (doc. 70) should not be granted.

**DONE** and **ORDERED** on this the 2nd day of April 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE