IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROY FILLINGIM, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:25-cv-302-RAH-SMD |

## ORDER

Pending before the Court is *Nutrien AG Solutions, Inc.'s Motion To Strike Jury Demand* (doc. 51) filed on March 3, 2026. The motion is unopposed. (*See* doc. 69.)

Accordingly, for good cause, it is **ORDERED** as follows:

(1) *Nutrien AG Solutions, Inc.'s Motion To Strike Jury Demand* (doc. 51) is **GRANTED**;

(2) The jury demand in the *Answer and Counterclaim* (doc. 16) is hereby **STRICKEN**; and

(3) Details regarding the bench trial will be coordinated during the **April 26, 2027**, pretrial conference.

**DONE** and **ORDERED** on this the 2nd day of April 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE