**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NUTRIEN AG SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-cv-00302-RAH-SMD** |
| | ) | |
| **TROY FILLINGIM, individually;** | ) | |
| **KAELYN FILLINGIM, individually;** | ) | |
| **FILLINGIM FARMS, INC.,** | ) | |
| **a corporation; and** | ) | |
| **FLINT FARMS, LLC,** | ) | |
| **a limited liability company,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Nutrien Ag Solutions, Inc., Troy Fillingim, Kaelyn Fillingim, Fillingim Farms, Inc., and Flint Farms, LLC (collectively, the "Parties"), by and through their undersigned counsel, submit this joint notice of settlement and state as follows:

1.     On April 13, 2026, the Parties participated in mediation and reached an amicable and confidential settlement.

2.     The Parties are currently working to consummate the terms and conditions of the settlement and prepare the necessary documentation to effectuate the settlement.

1

3.      Accordingly, the Parties respectfully request additional time, up to and including April 30, 2026, to submit the appropriate settlement documents.

4.      The undersigned counsel certifies that he has obtained permission from counsel for the Defendants to file this Joint Notice of Settlement on their behalf.

Respectfully submitted this 15th day of April, 2026.

/s/ Patrick L.W. Sefton
Patrick L.W. Sefton (ASB-8341-N47P)
Kazia J. Hale (ASB-1232-M00F)
*Attorneys for Plaintiff*

CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Email:  Pat.Sefton@chlaw.com
           Kazia.Hale@chlaw.com

/s/ M. Warren Butler *(with permission)*
M. Warren Butler (ASB-3190-R56M)
 STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, AL 36602
Telephone: (251)443-6049
Email: wbutler@starneslaw.com
*Attorney for Defendants*

John D. Hemmings (ASB-2728-Y12Q)
 STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
Telephone: (205)868-6056
Email: jhemmings@starneslaw.com
*Attorney for Defendants*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been e-filed using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 15th day of April, 2026:

s/ Patrick L.W. Sefton
*Of Counsel*